# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| GURPARTAP SINGH TOOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV613-051 |
| | ) | |
| WARDEN JOSE MORALAS, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Gurpartap Singh Toor has filed a 28 U.S.C. § 2241 petition for habeas relief. Doc. 1. The Clerk sent him a deficiency notice (he must pay a $5 filing fee), then gave him 21 days to respond, doc. 2, but he has not. Accordingly, his case must be **DISMISSED** for failing to comply with the Court's directions. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 29TH day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA