UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GURPARTAP SINGH TOOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 6:13-cv-48 |
| ) | 6:13-cv-51 |
| JOSE MORALES, Warden ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is Gurpartap Toor's motion to reopen this case. ECF No. 10. The Court originally dismissed this case because Toor failed to pay the $5 filing fee. ECF No. 8. Toor now seeks to have the filing fee he paid in another case currently pending applied to this action. *Id.*

In that other case is a Report and Recommendation, ripe for consideration, from the Magistrate Judge counseling dismissal because Toor sought to challenge a state conviction in a 28 U.S.C. § 2241 petition. *See Toor v. Morales*, No. 6:13-cv-51, at ECF No. 16 (S.D. Ga. July 8, 2013). The Court agrees with the Magistrate and *ADOPTS* the R&R as the opinion of the Court. Case number 6:13-cv-51 is *DISMISSED*.

In light of (1) Toor's payment of the filing fee in an action where he improperly challenged a state conviction, and (2) his failure to pay the filing fee in this action, where he properly challenged the same conviction on the same grounds, the Court *GRANTS* Toor's motion to reopen and *WAIVES* the filing fee in *Toor v. Morales*, Case No. 6:13-cv-48.

This 25 day of July, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA